

# Service of Process Transmittal
05/27/2015
CT Log Number 527192793

TO: Lisa Girgen
Securian Financial Group, Inc.
400 Robert Street North, Station #20-1407
Saint Paul, MN 55101-2098

RE: **Process Served in Missouri**

FOR: Minnesota Life Insurance Company (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Becky Conner, Pltf. vs. Minnesota Life Insurance Company, Dft. |
| DOCUMENT(S) SERVED: | Summons, Petition |
| COURT/AGENCY: | Howell County Circuit Court, MO<br>Case # 15ALCC00019 |
| NATURE OF ACTION: | Insurance Litigation - Claim for policy benefits |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Clayton, MO |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/27/2015 at 09:00 |
| JURISDICTION SERVED: | Missouri |
| APPEARANCE OR ANSWER DUE: | Within 30 days after receipt, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | George Chrysler Fisher Jr.<br>Ray & Fisher<br>13 Court Square<br>West Plains, MO 65775<br>417-256-7142 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/28/2015, Expected Purge Date: 06/02/2015<br>Image SOP<br>Email Notification, Lisa Girgen lisa.girgen@securian.com<br>Email Notification, Christine Peterson christine.peterson-law@securian.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105 |
| TELEPHONE: | 314-863-5545 |

**EXHIBIT A**

Page 1 of 1 / JJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# IN THE 37TH JUDICIAL CIRCUIT COURT, HOWELL COUNTY, MISSOURI



| | |
|---|---|
| Judge or Division: <br> DAVID PAUL EVANS | Case Number: 15AL-CC00019 |
| Plaintiff/Petitioner: <br> BECKY CONNER <br><br> vs. | Plaintiff's/Petitioner's Attorney/Address <br> GEORGE CHRYSLER FISHER JR. <br> 13 COURT SQUARE <br> WEST PLAINS, MO 65775 |
| Defendant/Respondent: <br> MINNESOTA LIFE INSURANCE COMPANY | Court Address: <br> Howell County Courthouse <br> PO BOX 967 <br> WEST PLAINS, MO 65775 |
| Nature of Suit: <br> CC Breach of Contract | |

**FILED**
MAY 18 2015
CINDY WEEKS
Circuit Clerk, Howell County MO

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: MINNESOTA LIFE INSURANCE COMPANY
                         Alias:
REG AGENT: CT CORPORATION
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**COURT SEAL OF**

**HOWELL COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

May 18, 2015                      Cindy Weeks
_____           _____
Date                           Circuit Clerk
                         By: _Jane Singleton_ D.C.

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____     _____
                   Date                 Notary Public

**Sheriff's Fees**
Summons    $_____
Non Est    $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $ 10.00
Mileage    $_____ ( _____ miles @ $._____ per mile)
**Total**    $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF HOWELL COUNTY, MISSOURI
CIRCUIT DIVISION

| | |
|---|---|
| BECKY CONNER, <br>     Plaintiff, <br><br> vs. <br><br> MINNESOTA LIFE INSURANCE COMPANY, <br>     Defendant. | ) <br> ) <br> ) <br> ) Case No. 15AH-CC00019 <br> ) <br> ) <br> ) <br> ) |

## PETITION

Comes now Plaintiff and states:

1. Plaintiff was a resident of the State of Missouri at the time that the incident occurred.

2. Plaintiff was married to her husband Albert Conner when Mr. Conner passed away on June 22, 2013.

3. Defendant is an insurance company doing business in the State of Missouri and specifically in Howell County, Missouri.

4. In consideration of an insurance premium, Defendant issued a policy of insurance designated as a joint accidental death mortgage coverage Policy No. 0390747-001102296636 which, among other coverages, insured against loss caused by accidental death of an insured.

5. On or about June 22, 2013, an accident occurred which resulted in the death of Albert Conner.

6. Plaintiff has made demand upon Defendant for payment of damages under the insurance policy due to the accidental death of Albert Conner.

7. Defendant has denied coverage and refused to pay the accidental death benefit under the insurance policy.

8. Plaintiff is entitled to have and recover damages from Defendant including but not limited to the accidental death benefit coverage under the policy.

9. The actions of Defendant in failing to make payment under the insurance policy is vexatious, in bad faith and without reasonable cause or excuse, and Plaintiff is entitled to have and recover of Defendant penalties as provided by RSMo. 375.420, including reasonable attorney's fees.

WHEREFORE, Plaintiff prays judgment against Defendant insurance company under insurance Policy No. 0390747-001102296636 for the damages resulting from the accidental death of Albert Conner, for penalties, interest and attorney's fees, and for such other relief as the Court deems proper.

*Becky S. Conner*
**BECKY CONNER**

STATE OF TEXAS )
) ss
County of Anderson )

On this 25 day of February, 2015, before me personally appeared **BECKY CONNER**, to me known to be the person described in and who executed the foregoing instrument and acknowledged that she executed the same as her own free act and deed and that the facts stated therein are true and accurate to her best knowledge and belief.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office, the day and year first above written.

*Bill Rawson*

(Seal) Notary Public
Commission Expires: 7/20/2017

BILL RAWSON, JR.
Notary Public, State of Texas
My Commission Expires
July 20, 2017

CHRYS FISHER    MBE #46527
RAY & FISHER
Attorneys at Law
13 Court Square
West Plains, Missouri 65775

(417) 256-7142

_____